Decided October 25, 2006

## STATE OF CONNECTICUT *v.* TOREN HICKS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 97 Conn. App. 266 (AC 25472), is denied.

*Michele C. Lukban*, senior assistant state's attorney, in support of the petition.

*Mark Rademacher*, assistant public defender, in opposition.

Decided October 25, 2006

## STATE OF CONNECTICUT *v.* DAMON MAHON

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 503 (AC 25897), is denied.

*Pamela S. Nagy*, special public defender, in support of the petition.

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 348 (AC 25984), is denied.